WILLIAM GORDON, Appellant, *v.* THE KINGS COUNTY ELE-
VATED RAILWAY COMPANY, Respondent.

*Gordon* v. *Kings County El. R. Co.*, 23 App. Div. 51, affirmed.
(Argued June 18, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
December 15, 1897, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court on
trial at Special Term.

*Stephen M. Hoye* for appellant.

*Welton C. Percy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, LAN-
DON and WERNER, JJ. Not sitting: CULLEN, J.

---

OCTAVIUS O. COTTLE et al., as Executors of JOHN J. P. READ,
Deceased, Appellants, *v.* AUGUST SIMON, Respondent.

*Cottle* v. *Simon*, 35 App. Div. 632, affirmed.
(Argued June 18, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 23, 1898, affirming a judgment in favor of defend-
ant entered upon a dismissal of the complaint by the court at
a Trial Term.

*Edmund P. Cottle* for appellants.

*Frederick G. Bagley* and *Simon Fleischmann* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, VANN, LANDON and
WERNER, JJ. Not voting: O'BRIEN and CULLEN, JJ.